IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT, IN AND FOR
CHARLOTTE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.: 23002885CA

WINDSOR BEACH, LLC,

*Plaintiff*,

vs.

AMERICAN ZURICH INSURANCE COMPANY,

*Defendant*,

_____/

## COMPLAINT

Plaintiff, WINDSOR BEACH, LLC, by and through undersigned counsel sues the Defendant, AMERICAN ZURICH INSURANCE COMPANY, and alleges:

## JURISDICTIONAL ALLEGATIONS

1. This is an action for damages for greater than $50,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was and is a resident of CHARLOTTE County, Florida, and is otherwise sui juris.

3. At all material times hereto, Plaintiff owned the property insured by Defendant located at 10404 Monticello Dr, Port Charlotte, Florida 33981 (the "Property").

4. The policy of insurance sued upon was issued by Defendant to Plaintiff in CHARLOTTE County, Florida.

5. Jurisdiction and venue are proper in CHARLOTTE County, Florida.

**GENERAL ALLEGATIONS**

6. In consideration for the premiums paid to it, prior to September 28, 2022, Defendant issued an insurance policy number, ERN 74012994, to Plaintiff for Plaintiff's property located at 10404 Monticello Dr, Port Charlotte, Florida 33981 in CHARLOTTE County, Florida (the "Policy"). A true and correct copy of the Policy is not in the possession of Plaintiff, but is in the care, custody, and control of Defendant. The Policy will be produced during discovery and will be filed by Plaintiff after receipt from the Defendant.

7. The Policy issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

8. At all times material hereto, including on September 28, 2022, the date of loss, the Policy was in full force and effect.

9. All conditions precedent to obtaining payment of insurance benefits under the Policy have been complied with, met, or waived.

10. At all times material hereto, Defendant was not immune from liability for breach of contract pertaining to insurance coverage.

**COUNT I – BREACH OF CONTRACT**

11. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 10 above.

12. This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the loss to the insured Property.

13. On or about September 28, 2022, Plaintiff's property was damaged by Hurricane Ian, a covered loss (the "Loss").

14. The September 28, 2022 Loss caused Plaintiff to suffer economic damage to their property, including physical loss to dwelling, contents, and loss of use, and Plaintiff to suffer such damages. *See Estimate of Damage, attached as Exhibit "A."*

15. Plaintiff gave timely notice of the Loss and resulting damage to Defendant and/or its authorized agents, employees, or representatives.

16. Defendant responded to the Loss by assigning claim number 5630085249 (the "Claim").

17. Defendant was afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss, and quantify the amount of the Loss.

18. Defendant did inspect the Loss and Property in its investigation of the Claim.

19. Defendant failed to fulfill the obligations under the contract, thereby refusing to pay any insurance benefits to Plaintiff for Plaintiff's Claim.

20. Defendant breached the Policy by refusing to pay to Plaintiff the full amount of damages sustained by Plaintiff.

21. Defendant continues to refuse to pay the full amount of Plaintiff's covered Loss, despite Plaintiff's demands for full payment.

22. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, and attorney's fees.

23. Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

24. Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to Fla. Stat. Section 627.428, or in the alternative Fla. Stat. Section 626.9373, or any other applicable attorney's fees statute.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages together with interest, costs, and attorney's fees, and for such further relief this court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff herein demands a trial by jury of all issues so triable.

### CERTIFICATE

THIS COMPLAINT IS DATED AND SIGNED July 31, 2023 and was filed by:

> INSURANCE LITIGATION GROUP, P.A.
> *Attorney for Plaintiff*
> 1500 N.E. 162nd Street
> Miami, Florida 33162
> Telephone:   (786) 529-0090
> Facsimile:    (866) 239-9520
> E-Mail: service@ILGPA.COM
>
> By:   /s/ Vanessa Didier
>        VANESSA DIDIER, ESQ.
>        FL Bar No. 125383
>        STEVEN LLARENA, ESQ.
>        FL Bar No. 86512

# Exhibit A

# INVOICE

**CBS WORLD LLC**

1009 N 17th ct
Hollywood, FL, 33020
USA

**Bill To**

GOLD INVESTOR LLC
19900 Veterans blvd
Port Charlotte, FL, 33954
USA

| | |
|---|---|
| **Invoice #** | 102 |
| **Invoice Date** | November 05, 2022 |
| **Due Date** | November 05, 2022 |

| Item Description | Qty | Rate | Amount |
|---|---|---|---|
| Dismantle broken walls, cleaning, garbage removal | 1 | 12000 | 12000.00 |
| Garbage containers | 3 | 1500 | 4500.00 |
| Plumbing system repair | 1 | 5000 | 5000.00 |
| Strengthening the foundation around the house | 1 | 18000 | 18000.00 |
| Walls restoration with materials (3800 blocks) | 1 | 45000 | 45000.00 |
| Damaged permit box with plans inside | 1 | 1000 | 1000.00 |
| Fence restoration | 1 | 2000 | 2000.00 |
| Damaged mobile toilet | 1 | 1800 | 1800.00 |
| leveling the blurry ground around the house | 1 | 12000 | 12000.00 |

| | |
|---|---|
| Subtotal | **101300.00** |
| Total | **$101300.00** |

**Notes**

Subject of the proprety 10404 Monticello dr Port Charlotte FL 33981

**Terms & Conditions**

Please make the payment by the due date.

Powered by ZOHO Invoice