UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WINDSOR BEACH, LLC,

    Plaintiff,

v.                       Case No: 2:23-cv-925-JES-KCD

AMERICAN ZURICH INSURANCE COMPANY,

    Defendant.

## ORDER

On May 10, 2024, the Court entered an Order (Doc. #30) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of June 2024.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record